[Crim. No. 1993.   First Appellate District, Division One.—October 7, 1937.]

In the Matter of the Application of JOE GALIK for a Writ of Habeas Corpus.

Joseph M. Trusty for Petitioner.

THE COURT.—Application in *habeas corpus* to procure the release from custody under a commitment for violation of an order of the Railroad Commission.     The application is denied on the authority of *In re Victor,* 220 Cal. 729 [32 Pac. (2d) 608].